UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS' LOCAL NO. 60 PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICE AND TRAINING FUND, LEGAL SERVICES FUND, et al.,

      Plaintiffs,

-against-

WESTCHESTER HILLS LANDSCAPING, INC. et al.,

      Defendants.

**ORDER**

25-CV-02268 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

  Plaintiffs initiated this action by filing a complaint on March 19, 2025. (Doc. 1). On April 17, 2025, Plaintiffs filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendants on March 26, 2025. (Docs. 6-7). There has been no activity on the docket since the filing of the affidavits of service.

  By May 28, 2025, Plaintiffs shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why they should not pursue default judgment against Defendants.

  Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

1

2

SO ORDERED.

Dated: White Plains, New York
       May 1, 2025

                                          _____
                                        Philip M. Halpern
                                        United States District Judge